UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:19-cv-661-GNS
*[Electronically Filed]*

SANDRA BOBALIK and
JOSEPH BOBALIK,     PLAINTIFFS,

v.

BJ'S RESTAURANTS, INC.,
BJ'S RESTAURANT OPERATIONS COMPANY, and
CENTRAL CLEANING, LLC,     DEFENDANTS.

## NOTICE OF REMOVAL

Defendant, Central Cleaning, LLC (hereinafter "Central Cleaning"), pursuant to 28 U.S.C. 1332(a)(1) and 28 U.S.C. 1441(a), hereby removes to the United States District Court for the Western District of Kentucky, at Louisville, the action captioned *Sandra Bobalik and Joseph Bobalik v. BJ's Restaurants, Inc., BJ's Restaurant Operations Company, and Central Cleaning, LLC*, Civil Action No. 19-CI-003847, which is currently pending in Jefferson Circuit Court in the Commonwealth of Kentucky. As grounds for its removal of this action, Central Cleaning states:

1. On June 24, 2019, Plaintiffs Sandra and Joseph Bobalik filed a Complaint in Jefferson Circuit Court, Civil Action No. 19-CI-003847, seeking damages from Defendants BJ's Restaurants, Inc., and BJ's Restaurant Operations Company (collectively hereinafter "BJ's"), as well as Central Cleaning, LLC, for alleged injuries arising from a slip-and-fall incident which they claim occurred at a BJ's restaurant located at 7900 Shelbyville Road, Louisville, Kentucky, 40222.

2. Plaintiffs are and were at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Jefferson Circuit Court Civil Action No. 19-CI-003847, residents and citizens of the State of Florida.

3. Defendant BJ's Restaurants, Inc., is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Jefferson Circuit Court Civil Action No. 19-CI-003847, a California corporation with its principal place of business located at 7755 Center Avenue, Suite 300, Huntington Beach, California, 92647. Defendant BJ's Restaurants, Inc., is, therefore, a citizen of California.

4. Defendant BJ's Restaurant Operations Company is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Jefferson Circuit Court Civil Action No. 19-CI-003847, a California corporation with its principal place of business located at 7755 Center Avenue, Suite 300, Huntington Beach, California, 92647. Defendant BJ's Restaurant Operations Company is, therefore, a citizen of California.

5. Defendant Central Cleaning, LLC, is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Jefferson Circuit Court Civil Action No. 19-CI-003847, a sole-member Indiana limited liability company with its principal place of business located at 7806 Rain Creek Drive, Henryville, Indiana, 47126. The sole member of Central Cleaning, LLC, is Randall Jason Roberts, who resides at 7806 Rain Creek Drive, Henryville, Indiana, 47126. Defendant Central Cleaning, LLC, is, therefore, a citizen of Indiana.

6. This action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. 1332(a)(1), and is one that may be removed to this Court pursuant to 28 U.S.C. 1441(a). This is an action between citizens of different states.

7. Based upon their sworn Answers to Interrogatories propounded by Central Cleaning, Plaintiffs seek in excess of $75,000.00 in damages. Specifically, in her Answer to Interrogatory No. 20, Plaintiff Sandra Bobalik states that she is seeking $67,031.46 in past medical expenses, $200,000.00 in future medical expenses, $750,000.00 in pain and suffering, and an

unspecified amount in punitive damages. In his Answer to Interrogatory No. 10, Plaintiff Joseph Bobalik seeks $250,000.00 in damages on his loss of consortium claim.[1] Accordingly, Plaintiffs are seeking damages well in excess of the minimum amount required for this Court to exercise original jurisdiction under 28 U.S.C. 1332(a)(1).

8. The removability of this action was not ascertainable to Central Cleaning until the undersigned's receipt of copies of discovery and other pleadings on September 3, 2019. *See* 28 U.S.C. 1446(b)(3) ("[I]f the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."). This Notice of Removal is, therefore, filed within thirty (30) days of the date upon which Central Cleaning could first ascertain that this case is one that could be removed to this Court.

9. Central Cleaning has obtained consent to remove this action from all other named Defendants, as required by 28 U.S.C. 1446(b)(2)(C).

10. All pleadings filed in the state court proceedings are attached hereto as Collective <u>Exhibit 1</u>.

11. A copy of this Notice of Removal will be filed with the Clerk of the Jefferson Circuit Court and served, via certified mail, upon all counsel of record.

---

[1] These Answers are not attached as an exhibit, but Central Cleaning will enter them into the record if Plaintiffs contest the amount in controversy.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

*/s/ Edward M. O'Brien*
Edward M. O'Brien
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
502.238.8500
502.238.7995 – fax
edward.obrien@wilsonelser.com
*Counsel for Defendant Central Cleaning, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on September 18, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that a true and accurate copy of the foregoing was served via certified U.S. Mail upon the following:

 Michael R. Hance
 Chandrika Srinivasan
 Patrick J. Smith
 Nicholas Craddock
 Hance & Srinivasan, PLLC
 8700 Westport Road, Suite 101
 Louisville, KY 40242
 mikehance@hslawky.com
 psmith@hslawky.com
 *Counsel for Plaintiffs*

 Danielle J. Lewis
 Reminger Co., L.P.A.
 730 West Main Street, Suite 300
 Louisville KY 40202
 dlewis@reminger.com
 *Counsel for Defendants BJ's Restaurants, Inc., and*
 *BJ's Restaurant Operations Company*

             /s/ *Edward M. O'Brien*
             *Counsel for Defendant Central Cleaning, LLC*

10126679v.1